PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Jude M. Barbette

Cr: 01-00580-001
PACTS #: 29689

Name of Sentencing Judicial Officer: The Honorable John C. Lifland

Date of Original Sentence: 04/12/2002

Original Offense: (Fraud) CONSPIRACY TO DEFRAUD THE UNITED STATES, in violation of 18:371.F, Felony-Class D

Original Sentence: 36 months supervised release

Type of Supervision: Supervised Release          Date Supervision Commenced: 09/24/2004

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Non-Compliance |
|---|---|
| 1 | On October 7, 2009, the offender was arrested by Elizabeth, New Jersey Police and charged with loitering to engage in prostitution. According to the police report, Elizabeth Police previously responded to the Knights Inn Motel on October 2, 2009, following a call from the motel manager requesting that they escort a female, Tina Culleney, off the premises located at 178 Spring Street, and advise her that she is no longer allowed on the property for any reason. The manager reported he feared Ms. Culleney was a danger to the property as a known prostitute and drug user. On October 6, 2009, Elizabeth Police pulled into the parking lot of the Knights Inn Motel and observed the offender sitting in the drivers seat of a black mercedes. The front seat passenger was identified as Tina Culleney. On October 22, 2009, the offender appeared in Elizabeth Municipal Court, at which time, the charge was downgraded to a disorderly persons offense, specifically, breach of peace. He was fined $300, which he satisfied in full on this date. |

U.S. Probation Officer Action:
On October 14, 2009, the offender was verbally admonished for sustaining a new criminal arrest. On October 28, 2009, the offender was presented with a written letter of reprimand which he signed and dated outlining the circumstances surrounding his noncompliance. He was instructed to submit his supervision reports on a timely basis each and every month along with proof of income and bank statements. He was further instructed to submit monthly restitution payments directly to the U.S. Clerks Office in monthly increments of no less than $200. The offender was further advised that should he involve himself in further criminal activity and/or fail to abide by any of these conditions and/or instructions will result in notification to the Court and request for a violation of supervised release hearing.

PROB 12A - Page 2
Jude M. Barbette

Respectfully submitted,

By: Elizabeth A Villa
United States Probation Officer
Date: 11/04/2009

*No Response is necessary unless the court directs that additional action be taken as follows:*

☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☒ Other No Court action at this time.

_____
Signature of Judicial Officer

11/18/09
Date